IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASIM, by and through his next friend, QAYED, *Petitioners*, v. GEORGE W. BUSH, DONALD RUMSFELD, REAR ADM. HARRY B. HARRIS JR., and ARMY COL. WADE F. DAVIS, *Respondents*. | Case No. 1:06-cv-01675-RBW |

## APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION

Pursuant to Local Rule 83.2(g), Thomas P. Sullivan hereby enters his appearance as counsel for Petitioners in the above-captioned case. Mr. Sullivan certifies that he is a member in good standing of the Illinois Supreme Court bar and that he has undertaken the representation of Petitioners without compensation.

Respectfully submitted,

/s/ Thomas P. Sullivan                    Dated: November 2, 2006
Thomas P. Sullivan
    Illinois Bar No. 2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

*Of Counsel*
William Goodman
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499
Email: bgoodman@ccr-ny.org

ATTORNEYS FOR PETITIONERS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon the following person by first-class United States mail, postage prepaid, on the 2d day of November, 2006.

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Rear Admiral Harry B. Harris, Jr.**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Terry Marcus Henry**
**Andrew Warden**
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Rear Admiral Harry B. Harris, Jr.**
UNITED STATES NAVY
Pentagon
Washington, D.C. 20310-0200

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Pentagon
Washington, D.C. 20310-0200

**William Goodman**
Center for Constitutional Rights
666 Broadway
New York, NY 10012-2317

/s/ Douglas A. Sondgeroth
Douglas A. Sondgeroth
Illinois Bar No. 6278486
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Tel: (312) 840-7605
Fax: (312) 840-7705