UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WASIM (Detainee IAN 388) and QAYED (Detainee IAN 344), | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-1675 (RBW) |
| GEORGE W. BUSH, President of the United States of America, et al., | ) ) ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

In light of the Supreme Court's recent ruling in <u>Boumediene v. Bush</u>, Nos. 06-1195, 06-1196, 2008 WL 2369628 (June 12, 2008), it is

**ORDERED** that on or before June 27, 2008, the parties shall file a joint status report updating the Court as to the status of each of the petitioners in this case (<u>e.g.</u>, whether the petitioner has been released from the custody of the United States government or transferred to another facility or country, whether the petitioner has filed duplicative petitions in this or any other case, <u>etc.</u>). It is further

**ORDERED** that if the parties are unable to provide such information by the date specified above, they shall indicate the earliest possible date by which they can comply with the Court's directive.

**SO ORDERED** this 20th day of June, 2008.

                                                                REGGIE B. WALTON
                                                               United States District Judge