IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASIM, *et al.* ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE WALKER BUSH, ) <br> ) <br> *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 06-CV-1675 (RBW) |

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER**

Pursuant to the Court's June 20, 2008 Order (dkt. no. 16), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Wasim (Internment Serial Number 338) is the sole petitioner in this habeas corpus case.

2) Petitioner Wasim is no longer detained at Guantanamo Bay. In June 2006, the United States relinquished custody of petitioner Wasim and transferred him to the control of the Government of the Kingdom of Saudi Arabia.

3) No duplicate habeas petitions have been filed on behalf of petitioner Wasim.

1

| | |
|---|---|
| Dated: June 27, 2008 | Respectfully Submitted, |
| By: _____/S/_____ <br> Thomas P. Sullivan <br> Jenner & Block LLP <br> 330 N. Wabash Avenue <br> Chicago, IL <br> Tel: (312) 923-2928 | _____/S/_____ <br> Andrew I. Warden <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave., NW, Rm. 7332 <br> Washington, D.C.  20530 <br> Tel:  (202) 616-5084 |
| Attorney for Petitioner | Attorney for Respondents |