**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASIM, | ) |
| | ) |
|     *Petitioner,* | ) |
| | ) |
|   v. | )   No. 1:06 CV 1675 (RBW) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
|     *Respondents.* | ) |

## NOTICE OF FILING

Please take notice that on June 27, 2008, counsel filed Petitioner Wasim's Supplement to Joint Status Report with the Court Security Officer pursuant to the terms of the Protective Order.

Dated: June 27, 2008                              Respectfully submitted,


    /s/ Thomas P. Sullivan
    One of the Attorneys for the Petitioner

    Thomas P. Sullivan
    Douglas A. Sondgeroth
    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, IL  60611
    Tel: (312) 923-2928
    Fax: (312) 840-7705

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

>/s/ Thomas P. Sullivan
>Thomas P. Sullivan
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, IL 60611
>Tel:  (312) 923-2928
>Fax: (312) 840-7705