Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wasim,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | No. 1:06-cv-1675 (RBW) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

### PETITIONER'S SUPPLEMENT
### TO JOINT STATUS REPORT

Petitioner Wasim ("Petitioner")[1], by and through undersigned counsel, hereby respectfully submits this Supplement to the Joint Status Report the parties filed in this matter on June 27, 2008, pursuant to this Court's order of June 20, 2008, in which the Court requested a report to "update[e] the Court as to the status of . . . the petitioner[] in this case."  Petitioner submits this supplement to the Report to provide additional information as to the status of the Petitioner and the Respondents have stated that they do not oppose the Petitioner's filing of this Supplement.  In addition to the information stated in the Report, Petitioner states as follows:

1.    Petitioner was incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo') beginning in approximately 2002.

2.    Petitioner's incarceration was ostensibly based on a purported determination by a Combatant Status Review Tribunal ("CSRT") that Petitioner was an "enemy combatant."  In his CSRT, Petitioner was not allowed to consult with a lawyer or have a lawyer represent him.

---

[1] While the caption in this case refers to "Qayed IAN 344" as a petitioner in this matter, he was Petitioner Wasim's next friend and not a party to this case.

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

Petitioner was not allowed to see all of the evidence upon which the government purportedly based its finding that he was an enemy combatant. He also was provided no opportunity to respond to that evidence. In short, in his CSRT Petitioner was not afforded rights to which defendants are entitled under the United States Constitution and the laws of the United States.

    3.    While he was incarcerated, Petitioner was denied contact with the outside world. His mail communication was restricted. He was not permitted to speak with others via telephone. Petitioner was not allowed to work and had no income.

    4.    On September 29, 2006, a petition for *habeas corpus* was filed on Petitioner's behalf in this Court to require the government to present evidence to justify his continued imprisonment. *Wasim v. Bush, et al.*, No. 06-1675 (D.D.C.). Counsel for Respondents filed pleadings on Respondents' behalf in November 2006 and an appearance in December 2006.

    5.    On December 28, 2006 and in response to an inquiry from counsel for Petitioner, counsel for Respondents informed counsel for Petitioner that Petitioner had been released from Guantánamo and had been transferred to the Kingdom of Saudi Arabia in June 2006. On December 29, 2006, Respondents filed a notice in this case stating that Petitioner had been transferred from Guantánamo and is no longer in the custody of the United States.

    6.    Petitioner was transferred without notice to his lawyers, without explanation, without apology, and without compensation for the years of unnecessary, incommunicado confinement in a small cage to which he was subjected by the United States government.

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

7.      Petitioner continues to reserve all rights and remedies available to him under the Constitution of the United States, the laws and treaties of the United States, and international law due to his imprisonment by the United States government.

Respectfully submitted,

By:    /s/ Thomas P. Sullivan
       One of the Attorneys for Petitioner
       Thomas P. Sullivan
       Douglas A. Sondgeroth
       JENNER & BLOCK LLP
       330 North Wabash Avenue
       Chicago, Illinois 60611
       T: (312) 222-9350
       F: (312) 527-0484
       Email: tsullivan@jenner.com

Dated: June 27, 2008

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, I filed and served the foregoing Petitioner's Supplement To Joint Status Report, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>     /s/ Thomas P. Sullivan
>Thomas P. Sullivan
>One of the Attorneys for Petitioner
>JENNER & BLOCK LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>Tel.: (312) 222-9350
>Fax.: (312) 527-0484
>Email: tsullivan@jenner.com