IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-444 (TFH) |
| ) | |
| PETITIONERS SEEKING HABEAS ) | Civ. Action No. |
| CORPUS RELIEF IN RELATION TO ) | |
| PRIOR DETENTIONS AT ) | 06-CV-1675 (RBW) |
| GUANTANAMO BAY ) | |

### PETITIONER WASIM'S STATUS REPORT

Pursuant to this Court's order of July 3, 2008, Counsel for Petitioner Wasim, ISN #338 ("Petitioner"), respectfully submit this status report.

1. Petitioner states that on June 27, 2008, in response to an order from Judge Reggie B. Walton in Case No. 06-1675 (RBW), the Petitioner and the Respondents filed a joint status report in this matter attached hereto as Exhibit 1.

2. Also on June 27, 2008, Petitioner filed his own supplement to the joint status report to provide additional information related to this case.

3. Counsel for petitioner is not aware of any material changes to this case since the joint status and the supplement were filed on June 27, 2008.

Dated:   July 14, 2008                              Respectfully submitted,


    /s/ Thomas P. Sullivan_____
One of the Attorneys for Petitioner

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I caused the foregoing Petitioner Wasim's Status Report to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

        /s/ Thomas P. Sullivan
        Thomas P. Sullivan
        One of the Attorneys for Petitioner
        JENNER & BLOCK LLP
        330 N. Wabash Avenue
        Chicago, IL 60611
        Tel.: (312) 222-9350
        Fax.: (312) 527-0484
        Email: tsullivan@jenner.com

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASIM, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1675 (RBW) |
| ) | |
| GEORGE WALKER BUSH, ) | |
| ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER

Pursuant to the Court's June 20, 2008 Order (dkt. no. 16), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Wasim (Internment Serial Number 338) is the sole petitioner in this habeas corpus case.

2) Petitioner Wasim is no longer detained at Guantanamo Bay. In June 2006, the United States relinquished custody of petitioner Wasim and transferred him to the control of the Government of the Kingdom of Saudi Arabia.

3) No duplicate habeas petitions have been filed on behalf of petitioner Wasim.

1

Dated: June 27, 2008                                            Respectfully Submitted,


By: _____/S/_____                                     _____/S/_____
Thomas P. Sullivan                                              Andrew I. Warden
Jenner & Block LLP                                              United States Department of Justice
330 N. Wabash Avenue                                            Civil Division, Federal Programs Branch
Chicago, IL                                                     20 Massachusetts Ave., NW, Rm. 7332
Tel: (312) 923-2928                                             Washington, D.C. 20530
                                                                Tel: (202) 616-5084


Attorney for Petitioner                                         Attorney for Respondents

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Wasim,** )<br>)<br>**Petitioner,** )<br>)<br>v. )<br>)<br>**GEORGE W. BUSH, et al.,** )<br>)<br>**Respondents.** ) | No. **1:06-cv-1675 (RBW)** |

**PETITIONER'S SUPPLEMENT
TO JOINT STATUS REPORT**

Petitioner Wasim ("Petitioner")[1], by and through undersigned counsel, hereby respectfully submits this Supplement to the Joint Status Report the parties filed in this matter on June 27, 2008, pursuant to this Court's order of June 20, 2008, in which the Court requested a report to "update[e] the Court as to the status of . . . the petitioner[] in this case." Petitioner submits this supplement to the Report to provide additional information as to the status of the Petitioner and the Respondents have stated that they do not oppose the Petitioner's filing of this Supplement. In addition to the information stated in the Report, Petitioner states as follows:

1. Petitioner was incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo') beginning in approximately 2002.

2. Petitioner's incarceration was ostensibly based on a purported determination by a Combatant Status Review Tribunal ("CSRT") that Petitioner was an "enemy combatant." In his CSRT, Petitioner was not allowed to consult with a lawyer or have a lawyer represent him.

---

[1] While the caption in this case refers to "Qayed IAN 344" as a petitioner in this matter, he was Petitioner Wasim's next friend and not a party to this case.

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

Petitioner was not allowed to see all of the evidence upon which the government purportedly based its finding that he was an enemy combatant. He also was provided no opportunity to respond to that evidence. In short, in his CSRT Petitioner was not afforded rights to which defendants are entitled under the United States Constitution and the laws of the United States.

3. While he was incarcerated, Petitioner was denied contact with the outside world. His mail communication was restricted. He was not permitted to speak with others via telephone. Petitioner was not allowed to work and had no income.

4. On September 29, 2006, a petition for *habeas corpus* was filed on Petitioner's behalf in this Court to require the government to present evidence to justify his continued imprisonment. *Wasim v. Bush, et al.*, No. 06-1675 (D.D.C.). Counsel for Respondents filed pleadings on Respondents' behalf in November 2006 and an appearance in December 2006.

5. On December 28, 2006 and in response to an inquiry from counsel for Petitioner, counsel for Respondents informed counsel for Petitioner that Petitioner had been released from Guantánamo and had been transferred to the Kingdom of Saudi Arabia in June 2006. On December 29, 2006, Respondents filed a notice in this case stating that Petitioner had been transferred from Guantánamo and is no longer in the custody of the United States.

6. Petitioner was transferred without notice to his lawyers, without explanation, without apology, and without compensation for the years of unnecessary, incommunicado confinement in a small cage to which he was subjected by the United States government.

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

7. Petitioner continues to reserve all rights and remedies available to him under the Constitution of the United States, the laws and treaties of the United States, and international law due to his imprisonment by the United States government.

Respectfully submitted,

By:  /s/ Thomas P. Sullivan
One of the Attorneys for Petitioner
Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
T: (312) 222-9350
F: (312) 527-0484
Email: tsullivan@jenner.com

Dated: June 27, 2008

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I filed and served the foregoing Petitioner's Supplement To Joint Status Report, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

/s/ Thomas P. Sullivan
Thomas P. Sullivan
One of the Attorneys for Petitioner
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com